**Order entered July 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01338-CV

## IN THE MATTER OF THE MARRIAGE OF C.A.S. AND D.P.S.

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-53871-2009**

## ORDER

Before the Court is appellant Daniel P. Silvey's July 9, 2013 Unopposed Motion for Extension of Time to File Motion for Rehearing. The motion is **GRANTED**. Appellant is required to file any motion for rehearing by Monday, July 22, 2013.

/s/    ROBERT M. FILLMORE
JUSTICE